UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCHIE DUNKLIN, JR.,                      CIVIL NO. 13-2411 (PJS/JSM)

       Petitioner,

v.                                                                 <u>ORDER</u>

DENESE WILSON, Warden,

       Respondent.

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 3, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

       IT IS HEREBY ORDERED that:

       1.    The petition for a writ of habeas corpus of petitioner Archie Dunklin, Jr. [Docket No. 1] is DENIED.

       2.    This case is DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION.

       LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 10/27/14

                                            s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            United States District Judge